FILED

09/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0754

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0754

_____

IN RE THE MARRIAGE OF:

JOHN P. RHODES,

     Petitioner and Appellant,

    v.

TRACY LABIN RHODES,

     Respondent, Appellee,
     and Cross-Appellant.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to John P. Rhodes, Tracy Labin Rhodes, and to the Honorable Rienne H. McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 27 2023